442 A.2d 337

Commonwealth v. Lambert, Appellant.

Submitted November 10, 1981. Richard L. Levine, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.